**OFFICE OF THE CHAPTER 13 TRUSTEE**
**LAUREN A. HELBLING, TRUSTEE**
For Cases Filed under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**IN RE:** TIMOTHY JOSEPH PATETE
8182 PLAINS ROAD
MENTOR, OH 44060

Case Number: 20-10171-jps
Chapter 13 Proceedings
Judge Jessica E. Price Smith

**Debtor(s)**

**SUPPLEMENTAL NOTICE OF INTENTION TO PAY CLAIMS**

Now comes the trustee and notifies the Debtor(s) and the attorney for the Debtor(s) that the following claim was filed against the estate of the Debtor(s), and that such claim was either not included or different from the claim included in the previous Notice of Intention to Pay Claims:

| Creditor | Claim # | Account # (last 4) | Claim Amount | Interest Rate | Collateral |
|---|---|---|---|---|---|
| ATTORNEY GENERAL STATE OF OHIO | 008 | 0387 | 833.39 | | |

Notice is hereby given of the intention of the Chapter 13 Trustee to pay the claim of the creditor named and in the amount set forth above pursuant to 11 U.S.C. 502(a) unless within thirty (30) days after this date an objection to claim along with a request for hearing is filed with the Court, and served on the undersigned.

Copies of this notice has been served on the Debtor(s) and the attorney for the Debtor(s) on this day at their address as it appears in this proceeding.

**NOTICE TO DEBTOR(S): FOR YOUR CASE TO BE SUCCESSFUL IT IS IMPORTANT TO REVIEW THIS DOCUMENT WITH YOUR ATTORNEY.**

/s/ Lauren A. Helbling

DATE: Jul 31, 2020

Lauren A. Helbling
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Email: 13Trustee@ch13cleve.com
Website: www.13trusteecleveland.com

0011-35-EPID35-00479737-489164

**OFFICE OF THE CHAPTER 13 TRUSTEE**
**LAUREN A. HELBLING, TRUSTEE**
For Cases Filed under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

IN RE: TIMOTHY JOSEPH PATETE
8182 PLAINS ROAD
MENTOR, OH 44060

Case Number: 20-10171-jps
Chapter 13 Proceedings
Judge Jessica E. Price Smith

Debtor(s)

**SUPPLEMENTAL NOTICE OF INTENTION TO PAY CLAIMS**

Now comes the trustee and notifies the Debtor(s) and the attorney for the Debtor(s) that the following claim was filed against the estate of the Debtor(s), and that such claim was either not included or different from the claim included in the previous Notice of Intention to Pay Claims:

| Creditor | Claim # | Account # (last 4) | Claim Amount | Interest Rate | Collateral |
|---|---|---|---|---|---|
| I R S | 007 | 0387 | 42,987.36 | | |

Notice is hereby given of the intention of the Chapter 13 Trustee to pay the claim of the creditor named and in the amount set forth above pursuant to 11 U.S.C. 502(a) unless within thirty (30) days after this date an objection to claim along with a request for hearing is filed with the Court, and served on the undersigned.

Copies of this notice has been served on the Debtor(s) and the attorney for the Debtor(s) on this day at their address as it appears in this proceeding.

**NOTICE TO DEBTOR(S): FOR YOUR CASE TO BE SUCCESSFUL IT IS IMPORTANT TO REVIEW THIS DOCUMENT WITH YOUR ATTORNEY.**

/s/ Lauren A. Helbling

DATE: Jul 31, 2020

Lauren A. Helbling
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Email: 13Trustee@ch13cleve.com
Website: www.13trusteecleveland.com

**OFFICE OF THE CHAPTER 13 TRUSTEE**
**LAUREN A. HELBLING, TRUSTEE**
For Cases Filed under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

| | |
|---|---|
| IN RE: TIMOTHY JOSEPH PATETE<br>8182 PLAINS ROAD<br>MENTOR, OH 44060<br><br>**Debtor(s)** | Case Number: 20-10171-jps<br>Chapter 13 Proceedings<br>Judge Jessica E. Price Smith<br><br>**SUPPLEMENTAL NOTICE OF INTENTION TO PAY CLAIMS** |

Now comes the trustee and notifies the Debtor(s) and the attorney for the Debtor(s) that the following claim was filed against the estate of the Debtor(s), and that such claim was either not included or different from the claim included in the previous Notice of Intention to Pay Claims:

| Creditor | Claim # | Account # (last 4) | Claim Amount | Interest Rate | Collateral |
|---|---|---|---|---|---|
| RESIDENTIAL CREDIT OPPURTUNITIES V | 009 | 9359 | 28,075.73 | | 8182 PLAINS |

Notice is hereby given of the intention of the Chapter 13 Trustee to pay the claim of the creditor named and in the amount set forth above pursuant to 11 U.S.C. 502(a) unless within thirty (30) days after this date an objection to claim along with a request for hearing is filed with the Court, and served on the undersigned.

Copies of this notice has been served on the Debtor(s) and the attorney for the Debtor(s) on this day at their address as it appears in this proceeding.

**NOTICE TO DEBTOR(S): FOR YOUR CASE TO BE SUCCESSFUL IT IS IMPORTANT TO REVIEW THIS DOCUMENT WITH YOUR ATTORNEY.**

/s/ Lauren A. Helbling

DATE: Jul 31, 2020

Lauren A. Helbling
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Email: 13Trustee@ch13cleve.com
Website: www.13trusteecleveland.com