IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CLEVELAND

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| Timothy Patete, | ) | CASE NO. 20-10171 JPS |
| | ) | |
| Debtor | ) | Judge: Jessica Price Smith |
| | ) | |

**WITHDRAWAL OF CLAIM NO 9-1 [Residential Credit Opportunities V, LLC]**
_____

The debtor, by and through counsel, hereby withdraws the claim he filed on behalf of Residential Credit Opportunities V, LLC [Claim No. 9-1].

Respectfully submitted,

/s/ *Richard H. Nemeth*
Richard H. Nemeth (#0007392)
Nemeth and Associates, LLC
*Attorney for the debtor*
526 Superior Avenue, East, Ste. 1120
Cleveland, OH 44114-1402
216/502-1300; Fax: 216/502-1301
E-Mail: mail@ohbklaw.com

# CERTIFICATE OF SERVICE

I certify that on September 14, 2020, a true and correct copy of the foregoing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Lauren A. Helbling, chapter 13 trustee, at lhelbling@ch13cleve.com

And by regular U.S. mail, postage prepaid, on:

    Residential Credit Opportunities V, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799;

    Residential Credit Opportunities V, LLC, c/o Managing Member, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799;

    Residential Credit Opportunities V, LLC, c/o The Corporation Trust Company, statutory agent, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801;

    Timothy Joseph Patete, 8182 Plains Road, Mentor, OH 44060-2374.

                                              /s/ *Richard H. Nemeth*
                                              Richard H. Nemeth (#0007392)
                                              *Attorney for the debtor*